■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT KING, Appellant.—Appeal by the defendant, as limited by his brief, from three sentences of the Supreme Court, Nassau County (Santagata, J.), all imposed June 15, 1988.

Ordered that the sentences are affirmed *(see, People v Turco,* 130 AD2d 785; *People v Suitte,* 90 AD2d 80; CPL 420.10 [6]; Penal Law § 60.27 [5] [b]; *cf., People v Barnes,* 135 AD2d 825, 827). Mangano, P. J., Eiber, Sullivan and Balletta, JJ., concur.